UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  MANZELLA, BLAISE

Case No.: 19-25781
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __10/22/19__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
157 Normandy Ave.
Bayville, NJ
Value: $195,750.00

Liens on property:
Quicken - $186,527.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                       Case No. 19-25781-CMG
Blaise M Manzella                                            Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 2              Date Rcvd: Sep 18, 2019
                              Form ID: pdf905             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Blaise M Manzella,    157 Normandy Ave.,    Bayville, NJ 08721-1396
518410487      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
518410488      +Chase Card Services,    P.o. Box 15298,    Wilmington, DE 19850-5298
518410490      +Comcast Communications Llc,    co Waypoint Resource Group,    Po Box 1081,    Attn: Bankruptcy,
                 San Antonio, TX 78294-1081
518410492       EZ Pass Violations,    PO Box 52005,    Newark, NJ 07101-8205
518410493      +Kahuna Payment Solut,    Attn: Bankruptcy Department,    2714 Mcgraw Dr.,
                 Bloomington, IL 61704-6012
518410495      +Ocean County Superior Court,    Special Civil Part,    118 Washington Street,   re DC 010978-18,
                 Toms River, NJ 08753-7626
518410496      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
518410499      +TD Retail Card Services,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518410498      +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518410500      +Waypoint Resource Group,    301 Sundance Pkwy,    Round Rock, TX 78681-8004
518410502       Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518410501      +Wells Fargo Bank,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
518410504      +Wf/fmg,    Po Box 14517,    Des Moines, IA 50306-3517
518410505      +Wf/fmg,    Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493
518410503      +Wf/fmg,    co Tenaglia & Hunt,P.A,    395 W. Passaic Ste 205,    Rochelle Park, NJ 07662-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2019 23:47:46     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2019 23:47:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518410489      +E-mail/Text: documentfiling@lciinc.com Sep 18 2019 23:47:20     Comcast Cable,    PO Box 0196,
                 Newark, NJ 07101-0196
518410491       E-mail/Text: ebn@rwjbh.org Sep 18 2019 23:47:58     Commuity Medical Center,    Po Box 29969,
                 New York, NY 10087-9969
518410497      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 18 2019 23:47:57     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518410494      ##+Kahuna Payment Solut,    1602 Tullamore Ave,    Bloomington, IL 61704-9624
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Blaise M Manzella bkwoliver@aol.com,
               R59915@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 18, 2019
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 5