**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Blaise M Manzella<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx−xx−5717<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19−25781−CMG | |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Blaise M Manzella

11/22/19                                                                 **By the court:**   Christine M. Gravelle
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 19-25781-CMG    Doc 12    Filed 11/24/19    Entered 11/25/19 00:43:28    Desc Imaged
                            Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-25781-CMG
Blaise M Manzella                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 22, 2019
                              Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db              +Blaise M Manzella,    157 Normandy Ave.,    Bayville, NJ 08721-1396
518410490       +Comcast Communications Llc,    co Waypoint Resource Group,    Po Box 1081,    Attn: Bankruptcy,
                  San Antonio, TX 78294-1081
518410492        EZ Pass Violations,    PO Box 52005,    Newark, NJ 07101-8205
518410493       +Kahuna Payment Solut,    Attn: Bankruptcy Department,    2714 Mcgraw Dr.,
                  Bloomington, IL 61704-6012
518410495       +Ocean County Superior Court,    Special Civil Part,    118 Washington Street,   re DC 010978-18,
                  Toms River, NJ 08753-7626
518410496       +Quicken Loans,   662 Woodward Avenue,     Detroit, MI 48226-3433
518410499       +TD Retail Card Services,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518410498       +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518410500       +Waypoint Resource Group,    301 Sundance Pkwy,    Round Rock, TX 78681-8004
518410504       +Wf/fmg,   Po Box 14517,    Des Moines, IA 50306-3517
518410505       +Wf/fmg,   Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493
518410503       +Wf/fmg,   co Tenaglia & Hunt,P.A.,    395 W. Passaic Ste 205,    Rochelle Park, NJ 07662-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 00:11:17      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 00:11:15      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518410487       +EDI: CHASE.COM Nov 23 2019 04:58:00      Chase Card Services,   Correspondence Dept,
                  Po Box 15298,   Wilmington, DE 19850-5298
518410488       +EDI: CHASE.COM Nov 23 2019 04:58:00      Chase Card Services,   P.o. Box 15298,
                  Wilmington, DE 19850-5298
518410489       +EDI: COMCASTBLCENT Nov 23 2019 04:58:00      Comcast Cable,   PO Box 0196,
                  Newark, NJ 07101-0196
518410491        E-mail/Text: ebn@rwjbh.org Nov 23 2019 00:11:29      Commuity Medical Center,   Po Box 29969,
                  New York, NY 10087-9969
518410497       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 23 2019 00:11:27      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
518410502        EDI: WFFC.COM Nov 23 2019 04:58:00      Wells Fargo Bank,   Credit Bureau Dispute Resoluti,
                  Des Moines, IA 50306
518410501       +EDI: WFFC.COM Nov 23 2019 04:58:00      Wells Fargo Bank,   Attn: Bankruptcy,   Po Box 10438,
                  Des Moines, IA 50306-0438
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518410494      ##+Kahuna Payment Solut,   1602 Tullamore Ave,   Bloomington, IL 61704-9624
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin                Page 2 of 2               Date Rcvd: Nov 22, 2019
                              Form ID: 318               Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Blaise M Manzella bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 5
```